**Ellery R. BLUE HAIR, Appellant,**

v.

**Father Gary LANTZ, Appellee.**

No. 02–3954.

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 17, 2003.

Decided Jan. 24, 2003.

Before BOWMAN, WOLLMAN, and LOKEN, Circuit Judges.

PER CURIAM.

Ellery R. Blue Hair appeals the district court's[1] pre-service dismissal without prejudice of his civil complaint for lack of federal-question or diversity jurisdiction. For the reasons explained by the district court, we agree with the court that it lacked subject matter jurisdiction over the action. *See Hansen v. United States*, 248

F.3d 761, 763 (8th Cir.2001) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47A(a).

---

1. The Honorable Lawrence L. Piersol, Chief Judge, United States District Court for the    District of South Dakota.